IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALVADOR ARELLANO-CAMPOS,

    Petitioner,

      v.

TOM GRAMIAK,

    Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-3959-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Petitioner's Motion for Certificate of Appealability [Doc. 5] which is DENIED for the reasons set forth in the Magistrate Judge's Report and Recommendation [Doc. 3].

SO ORDERED, this 5 day of January, 2016.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge