IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALVADOR ARELLANO-CAMPOS,

    Petitioner,

    v.                                  CIVIL ACTION FILE
                                        NO. 1:15-CV-3959-TWT

TOM GRAMIAK,

    Respondent.

**ORDER**

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the action be dismissed for the Petitioner's failure to obtain the permission of the Court of Appeals to file a successive petition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 6 day of January, 2016.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge